The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERCER INTERNATIONAL INC.,<br><br>               Plaintiff,<br><br>vs.<br><br>GATES CAPITAL MANAGEMENT, INC., GATES CAPITAL MANAGEMENT GP, LLC, GATES CAPITAL MANAGEMENT, L.P., GATES CAPITAL PARTNERS, LLC, ECF VALUE FUND, L.P., ECF VALUE FUND II, L.P., ECF VALUE FUND INTERNATIONAL MASTER L.P., ECF VALUE FUND INTERNATIONAL LTD., and JEFFREY L. GATES,<br><br>               Defendants. | Case No. 2:16-cv-01864<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT |

THIS MATTER came for hearing before this Court upon Defendants' Motion for Relief from Deadline to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Having considered:

A.    Defendants' Motion for Relief from Deadline to Answer or Otherwise Respond to Plaintiff's Amended Complaint;

B.    Declaration of Michael E. Swartz in support thereof;

[PROPOSED] ORDER GRANTING
MOTION FOR RELIEF FROM DEADLINE   - 1 -
Case No. 2:16-cv-01864

Bracewell LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200

1     C. _____;

2     D. _____;

3     E. _____;

4     F. _____; and

being fully advised on the matter:

IT IS HEREBY ORDERED that Defendants' Motion for Relief from Deadline to Answer or Otherwise Respond to Plaintiff's Amended Complaint is GRANTED. Gates Capital Management, Inc., Gates Capital Management GP, LLC, Gates Capital Management, L.P., Gates Capital Partners, LLC (f/k/a Gates Capital Partners, L.P.), ECF Value Fund, L.P., ECF Value Fund II, L.P., and Jeffrey L. Gates shall have until March 6, 2017, to answer or otherwise respond to Plaintiff's Complaint.

[PROPOSED] ORDER GRANTING
MOTION FOR RELIEF FROM DEADLINE    - 2 -
Case No. 2:16-cv-01864

**Bracewell LLP**
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200

SIGNED THIS 22nd DAY OF February, 2017.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

**BRACEWELL LLP**

By: /s/ Philip J. Bezanson
By: /s/ Carolyn Robbs Bilanko
Philip J. Bezanson, WSBA #50892
Carolyn Robbs Bilanko, WSBA #41913
701 Fifth Avenue, 62nd Floor
Seattle, WA 98104-7043
Telephone: (206) 204-6200
Fax: (206) 204-6262
Phil.Bezanson@bracewelllaw.com
Carolyn.Bilanko@bracewelllaw.com


**SCHULTE ROTH & ZABEL LLP**

By: /s/ Michael Swartz
By: /s/ Randall Adams
Michael Swartz, *Pro Hac Vice Application Pending*
Randall Adams, *Pro Hac Vice Application Pending*
919 Third Avenue, New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955
Randall.Adams@srz.com
Michael.Swartz@srz.com

*Attorneys for Defendant*

[PROPOSED] ORDER GRANTING
MOTION FOR RELIEF FROM DEADLINE   - 3 -
Case No. 2:16-cv-01864

Bracewell LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200

# CERTIFICATE OF SERVICE

I declare that on February 3, 2017, I caused a true copy of the foregoing document to be served on the following in the manner indicated:

| | |
|---|---|
| Brendan T. Mangan<br>Ross Siler<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>brendanmangan@dwt.com<br>ross.siler@dwt.com | ☒ ECF<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☐ Via E-Mail per Agreement |

*Attorneys for Plaintiff*
*Mercer International Inc.*

/s/*Victoria Washinhton*
Victoria Washington
Assistant to Carolyn Robbs Bilanko

[PROPOSED] ORDER GRANTING
MOTION FOR RELIEF FROM DEADLINE   - 4 -
Case No. 2:16-cv-01864

**Bracewell LLP**
701 Fifth Avenue, Suite 6200
Seattle, Washington  98104-7043
Phone 206.204.6200