The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MERCER INTERNATIONAL INC.,

    Plaintiff,

vs.

GATES CAPITAL MANAGEMENT, INC., GATES CAPITAL MANAGEMENT GP, LLC, GATES CAPITAL MANAGEMENT, L.P., GATES CAPITAL PARTNERS, LLC, ECF VALUE FUND, L.P., ECF VALUE FUND II, L.P., ECF VALUE FUND INTERNATIONAL MASTER L.P., ECF VALUE FUND INTERNATIONAL LTD., and JEFFREY L. GATES,

    Defendants.

Case No. 2:16-cv-01864-JLR

[~~PROPOSED~~] FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendants' Unopposed Motion to Approve Settlement, this action is dismissed with prejudice in its entirety. This is a final judgment. Each party shall bear their own costs.

[PROPOSED] FINAL JUDGMENT
Case No. 2:16-cv-01864-JLR
- 1 -

Bracewell LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200

SIGNED THIS 23RD DAY OF April, 2017.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

**BRACEWELL LLP**

By: /s/Philip J. Bezanson
By: /s/Carolyn Robbs Bilanko

Philip J. Bezanson, WSBA #50892
Carolyn Robbs Bilanko, WSBA #41913
701 Fifth Avenue, 62nd Floor
Seattle, WA 98104-7043
Telephone: (206) 204-6200
Fax: (206) 204-6262
Phil.Bezanson@bracewelllaw.com
Carolyn.Bilanko@bracewelllaw.com

**SCHULTE ROTH & ZABEL LLP**

By: /s/Michael Swartz
By: /s/Randall Adams

Michael Swartz, Pro Hac Vice
Randall Adams, Pro Hac Vice
919 Third Avenue, New York, NY 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955
Michael.Swartz@srz.com
Randall.Adams@srz.com

*Attorneys for Defendants*

[PROPOSED] FINAL JUDGMENT
Case No. 2:16-cv-01864-JLR
-2-
Bracewell LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200

# CERTIFICATE OF SERVICE

I declare that on March 22, 2017, I caused a true copy of the foregoing document to be served on the following in the manner indicated:

| | |
|---|---|
| Brendan T. Mangan, WSBA #17231<br>Ross Siler, WSBA #46486<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: brendanmangan@dwt.com<br>Email: ross.siler@dwt.com | ☒ ECF<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Overnight Delivery<br>☐ Via E-Mail per Agreement |

*Attorney for Plaintiff*
*Mercer International Inc.*

/s/Victoria Washington
Victoria Washington
Assistant to Carolyn Robbs Bilanko

[PROPOSED] FINAL JUDGMENT -3-
Case No. 2:16-cv-01864-JLR

**Bracewell LLP**
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200